Page 1 to 4

In The United States District Court For The Northern District Of Florida, Pensacola Division.

Robenson Louis, Plaintiff/Petitioner,

Versus

J. McCranie; Fig.; S.K. Enfinger; Johnson; Officer "E"; R.B. Thornhill; Santa Rosa C.I. Administration; Et.Al., Defendants/Respondents.

Case No.: 3:14cv00443-MCR-CJK

Honorable Justices:

Date: 26TH August 2014 A.D.

Proceedings Titled: "EMERGENCY SWORN AFFIDAVIT/GENERAL AFFIDAVIT/IMMEDIATE INTERVENTION NEED AS EMERGENCY PERE-EFFORT AND SUMMARY OF JUDGMENT/EMERGENCY PRELIMINARY OF INJUNCTION"

I, Robenson Louis, do hereby solemnly swear that the following statement is true and correct and made of my own free will, from my own personal experiences and knowledge.

On both daily day shift here at Santa Rosa C.I. C-Dorm quad 2 security officials, namely those directly involved that I can identify at this moment are: Officer Fig (the only Oriental officer in C-Dorm), Sergeant L. McCranie (badge #MJ071), lieutenant S.K. Enfinger (badge #EK500), officer Johnson (the only blonde hair officer with that name in C-Dorm), Sergeant R.B. Thornhill (badge #TR00), officer "L" (the only braid hair face recreation yard running officer in C-Dorm with that description) repeatedly starves me near death!, I am very weak and keep blackout from lack of foods and drinks!, they spread me in my sleeps and while awake with deathly chemical agents that caused me shortness of breath and chest pains and pass out!, they jumps on me savagery beaten me up I am in great pain!, they placed me on the so-called "strip, property restriction" in only my boxershirt in the same torture chamber where they did these with the chemicals still on the walls/floor/bunks and without toilet paper and running water I have to used my bear hands to clean my behind after I shit and drink my own urine!!, the nurses had them held me down to injects me with unknown experimental drugs that paralyzed and locked up all my muscels and leaving me twicting in agony pains!!, the nurses repeatedly placed me on the so-called "liquid diet" without my knowledge or consent that consisted of five small styrofoam cup of color unidentified watery liquid that I sometimes

drink due to starvation but made me shit on myself and threw up my guts/blood liked vomits!, they reads my Legal/Privilege Mails in my present after forced me to signed for them then walked away with the mails (Specifically, Officer Fig durings)!, they went through my personal properties, stolen and destroyed them!, they wrote falsed disciplinary reports (DRs) against me to covered up their conducts!, they will eventually murder me then cover it up with falsified documents detailing that I kill myself!!, they promised to force me into commit suicide under the pressure of these treatments and conditions!!, they promised me that no matter where I am at within Santa Rosa prisons or any other close management prisons they would continue the above criminal conducts retaliations by and through their "buddies" and co-workers!!,

Due to all the aforementioned treatments and conditions and my present mental and medical health I am unable or incompetent under the Laws to properly file the instant Document as may deem required by Laws and to go through the two and a half to three month Inmate Grievance Procedure to attach a copy thereof to this Document and if this Honorable Court don't quickly intervene by the Constitution and Laws of the United States I certainly will either be dead, seriously injury! or ill beyond cure!, or in a coma!!

The superior officials at the Santa Rosa

prisons have complete knowledge of the aforementioned treatments and conditions I am experiencing and they are involved by allowing it to happens and covering it up.
Under penalty of perjury, I declare, that I have read the forgoing Affidavit/Injunction and the facts stated in it are true and correct in accordance with Florida Statutes Subsection 92.525 (2013) and Federal Laws.

Most Sincerely Submitted,
Roberson, Louis
Roberson, Louis
I.D.#308214
Santa Rosa C.I.
5850 E. Milton Road
Milton, FL 32583-7914

26TH August 2014 A.D.

PROVIDED TO
SANTA ROSA C.I. ON
AUG 25 2014
FOR MAILING

Robinson Louis
I.D. #308214
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, Florida 32583-7914

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION



U.S. POSTAGE >> PITNI
ZIP 32583  $00
02 1W
0001370476 AUG 2

◁0888▷

Honorable Jessical J. Lyublanovits
Clerk of Court
United States District Court
1 North Palafox Street
Pensacola, FL 32502-5658.