Page 1 to

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Robenson, Louis
Inmate # 308214
(Enter full name of Plaintiff)

AMENDED COMPLAINT

vs.

J. McCranie,
Figg or Fig,
S.R. Enfinger,
Nicole,
R.B. Thornhill

(Enter name and title of each Defendant. If additional space is required, use the blank area below and directly to the right.)

CASE NO: 3:14cv443-MCR/CJK
(To be assigned by Clerk)

R. Comerford
Johnson
Officer "F"
Brooke or Burke

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

Filed 11/04/14 USDC FLN 3PM 0418

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Roberson Louis
Inmate Number: 308214
Prison or Jail: Santa Rosa Correctional Institution
Mailing address: 5850 East Milton Road, Milton, FL 32583-7914.

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: J. McCranie
    Official position: Sergeant (Badge No.: MJO071)
    Employed at: Santa Rosa Correctional Institution
    Mailing address: 5850 East Milton Road, Milton, FL 32583-7914.

(2) Defendant's name: Figg or Fig
    Official position: Officer
    Employed at: Santa Rosa Correctional Institution
    Mailing address: 5850 East Milton Road, Milton, FL 32583-7914.

(3) Defendant's name: S.K. Enfinger
    Official position: Lieutenant (Badge No.: EKS002)
    Employed at: Santa Rosa Correctional Institution
    Mailing address: 5850 East Milton Road, Milton, FL 32583-7914.

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

Nicole
Nurse
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583-7914.
(The only White female nurse at C-Dorm with this description)

Johnson
Officer
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583-7914.
(The only bland hair officer at C-Dorm whith that description)

R.B. Thornhill
Sergeant (Badge No.: TRB009)
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583-7914.

Officer "E"
Officer
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583-7914.
(The only braid hair face recreation yard running officer in C-Dorm with that description)

Brooke or Burke
Officer
Santa Rosa Correctional Institution

5850 East Milton Road
Milton, FL 32583-7914
(The only White male officer at C-Dorm day shift with this description)

R. Comerford
Warden
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583-7914.

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )     No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)     No( )

1. Parties to previous action:
   a. Plaintiff(s): Roberson Louis
   b. Defendant(s): Michael D. Crews, R. Comerford
2. District and judicial division: Pensacola Division, N.Dist.Ct.
3. Name of judge: Elizabeth M. Timothy   Case #: 3:14-CV-192-MCR/EMT
4. Approximate filing date: 18th September 2014 A.D.
5. If not still pending, date of dismissal: Still Pending
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): State Of Florida
   b. Defendant(s): Robenson Louis
2. District and judicial division: 5TH Jud. Cir. Ct., Lake County Fla.
3. Name of judge: Don F. Briggs   Case #: 95-1756-CF And 94-1770-CF
4. Approximate filing date: 13TH August 2014 A.D.
5. If not still pending, date of dismissal: 13TH October 2014
6. Reason for dismissal: Technique error
7. Facts and claims of case: Un Constitutional imprisonment deprived of eyewitnesses from appears in Court

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)          No( )

1. Parties to previous action:
   a. Plaintiff(s): Robenson Louis
   b. Defendant(s): Secretary of Fla. Dept. of Corr.
2. District and judicial division: U.S. Dist. Ct., N. Dist., Pensacola Div.
3. Name of judge: N/A   Case Docket #: 3:98-CV-490
4. Approximate filing date: 1998 ?   Dismissal date: N/A
5. Reason for dismissal: Sworn Affidavit which provides the only informations on previous cases I possess and explained why   Please refer to attached Appendix One Cases History And

4

6. Facts and claims of case: Please see #5 above and page 3 (IV)

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

On 6TH August 2014 A.D. at about 2:30 P.M. while assigned as Correctional Officer at C-Dorm quad two at Santa Rosa Correctional Institution officer Figg (or Fig) (the only Oriental officer at C-Dorm with that name) was delivered to me three piece of legal mail two of which was from the U.S. Dept. of Justice and one was a returned mail by the prison mailroom personnel for me to place postage stamps on the envelope then returns it to her for mailing process. Before I could sign the Incoming Legal And/Or Privileged Mail Log Form DC2-522 for these mails officer Figg done opened these mails and was reading them which is prohibited by prisons Rules and Policies as well as not to open a "Returned Mail" by the prison mailroom personnel for me to simply correct an error or place postage stamps on this he then stated that he can do whatever he want to and if I don't like it he would throw the mails away. When I complained to Figg about this, Suddenly he pulled out his walkie-talkie radio and called someone and within minutes Defendant McCranie came at my cell door (C-Dorm quad two top floor cell 2221 and Figg told

5



him that I was bitching about my mails and went on to added a long listed of other lies. I told McCranie what I just explained above. McCranie then sided with Figg on this issue. Then they left. On 7TH August 2014 at about 2:30 P.M. officer Figg again delivered to me four piece of legal mail I then dated and signed the required sections on the Form DC2-522. Figg opened and readed these mails and asked me what is taking me so long to sign for the mails I told him I was filling out the required boxs sections on the Form DC2-522. Defendant Figg then left and about 7-minute later McCranie came to my cell door at C-Dorm quad two second floor cell 2221 and told me get ready he about to spread my Black nigar ass with chemical agents. I asked him why, what have I did wrong, he stated that I was being a smart ass and took too long to sign for my mails. I then told him to be seriousg that I only signed for my mails. He said he is serious he going to spread my black nigar ass with chemical agents, get ready.

At about 15-minute thereafter Defendant Enfinger came to my cell door and looked at me and my picture-information paper on my cell door then left and came right back with with officer Deffendant Figg holding an operated portable DVD or CD camera recording Defendant Enfinger making a falsified statement against me accusing me that goes something like this: "that I am causing or creating a disruptive behavior, that he ordered me to stop, that he going to shut off the recording camera

that if he have to come back he will not bring the recording camera, that do I understanding everything he just stated. He left only to came right back in about 5 or 7 minute with Defendant McCranie, Figg, Johnson with torturous intent, Enfinger repeatedly open my cell door flap and McCranie spread me with about nine (9) big can of a deadly experimental chemical agents that last about one-houre, caused me great bodily pains, burnt and skin piled off, shortness of breath, chest pains, black-out or dead as I went completely unconsciousness, and when I finally came back to life then they rush in on me to savagery beaten me up causing agonize pains that I pass out. When I regain conscious they were gone and I am in great agony pains like broken and/or fractured ribs, teeth, and other bodily joints!, it feel like I was bleeding inside and everytime I breathe or move the pains intensify and made me about to black out.

The Defendants work the following week on Monday, Tuesday, Friedy (Friday) to Sunday, and thereafter Wednesday to Thursday 7:00 A.M. to 7:00 P.M. these goes like this week after week. And everytime they work they would repeat these abuses, tortures, with murderous intent and other time they would only repeat one, most or all of these: makes falsified video came tape documentory as aforementioned, spread me with deadly experimention chemical agents either while I am sleeping or awake, jump on me and savagery beaten me up, deprive me of the

foods sent me and all inmates from the prison's Food Services, they takes all my state issued properties and my personal properties leaving me in an empty cold cell in only my boxer-shirt with that chemical agents spread all over the cell without any drinking running wather or toilet paper I have to used my bare hands to clean my behind after I shit and drink my own urine!!

And on these Defendants' days off working the Defendant Thornhill and his officers and lieutinents, other sergeants and their officers and lieutinents whom I am unable to specifically name here due to the facts they hid their prison's issued identification name and rank tag from me and all inmate from knowing their identity would continued carrying out the aforementioned criminal acts against me.

In addition, Defendant Nicole together with unidentified nurses also hid their prison's issued identification name and rank tags, would have these security guards (Defendants) to held me down with extreme brutal force while Nicole and the other nurses injects me with unknown experimental drugs that paralyzed and locked up all my muscels and leaving me twitching in agonize suffering and pains!! I am unable to scream for help!! Defendant Nicole and the other Defendants and nurses repeatedly placed me on a so-called "liquid diet" without my knowledge or consent for weeks that consisted of five small styrofoam cup of an unidentified colored watery liquid that I sometimes drink due to starvation and extreme

thirst but made me shit on myself and sometimes threw up my guts/blood liked vomit!! This and deprivation of solid food resulted to me went from 205 pound to 150 pound and extreme inside pains!! Defendants reads my Legal/Privilege Mails and Inmate Grievances outside my physical present and sometimes in my present then walked away with them!! Defendants (security guards) went through my personal properties outside my physical present and stolen very important items then destroyed others and let prisoner inmates (orderlies) to stolen some items as well!! The security guard Defendants falsified documents of the aforementioned criminal conducts and then wrote falsified disciplinary reports (DR) detailing verification for carried out their criminal acts against me!! Defendants' repeatedly aforementioned criminal acts against me caused repeatedly death or near death experiences!! and extreme agonize sufferings and pains after I regain conscious will eventually result to my imminent deat and they promised to continue all the above and murder me then cover it up make it looked like death by natural causes or suicide!! Unless this Honorable Court grant this Injunction; With the assistance of my family, friends, and fellow prisoner inmates and myself we contacted the Florida Governor's Chief Inspector General, the United States Department of Justice, Santa Rosa Correctional Institution's Warden Mr. R. Comerford (also Defendant here) some relief was given me with the exception of the prison's Warden (Defendant Comerford) and his admini-

stration personnels who only "approved" some of my grievances (filled inmate grievances) for supposedly "investigation" that never come to be and only prompted these security guards, nurses, and prisoner inmates orderlies (Defendants) to intensify their criminal acts against me which I am certain to be murder or murder-made-looked like suicide unless this Honorable Court grant this Injunction;

Due to the aforementioned facts of inhumane treatments, criminal acts, extreme terror, resulted to my present mental and medical/physical health and capacity I therefore unable to or incompetent to properly file the instant Injunction as maybe deem required by Laws and Court's Orders and I respectfully request that this Honorable Court to please exempt me from failed to adhere and comply to said Laws and Orders. And I would like to inform that if this Honorable Court don't quickly interven and grant this Injunction under the Constitutions and Laws of the United States, I certainly will end up either be murder and/or murder-made-looked-like-suicide, seriously injuries, ill beyond cure, in a coma, mentally insane beyond cure, retard, or disappeared-made-looked like I had escape when in reality the Defendants done murder me, or caused the others injuries!!!

I have numerous inmates eyewitnesses of the aforementioned incidents who promised to come forward and testify on my behalf and/or gives written sworn affidavits to a high ranking federal Law Official/Court only after their are

guaranteed the Federal Witness Protection, therefore not allow me to give you their names and inmate number.

Defendant Brooke (or Burke) repeatedly in various days and times that he work at Santa Rosa C.I. C-Dorm quad two where I am housing at taking my foods and beverages the prison's Food Services sends me and then starves me near death and when I am in this state he would came in my cell to jumps on me to severely beaten me up and then take me to the C-Dorm nurse station to have the nures treat me then placed me back in my cell C-Dorm top floor cell 222. And with the continuous of these brutalize Defendant Brooke (Burke) will eventually murder me or seriously injuries me beyond cure or force me into commit suicide under these inhumane terror conditions then cover it up with falsified documents detailing that I willfully kill myself!!, unless this Honorable Court grant this Injunction.

Defendant R. Comerford involved in all the above incidents by and through allowing these Defendants (employees of Defendant Comerford) to repeatedly committed these brutalized criminal acts against me and then when I filed inmate grievances complaining about these and seeks remedy relief, would only either dismissed, returned without against/action, or denied my grievances!!! And with my imminent death at hand under all the aforementioned brutalize criminal condictions and conducts the warden Defendant Comerford would, and have the power to, cover up my death/murder committed by his staffers (Defen-

dants)!!! Unless this Honorable Court grant this Injunction.

I have exhausted my inmate grievances remedy on the above incidents and would furnish them to this Honorable Court upon ordering me to, or the Court can obtain them from the Florida Department of Corrections.

All of the aforementioned incidents are related in various ways as already described include, but is not limited, to must or some of the other Defendants and unidentified co-employees were present and participated in the commission of the actions and inactions.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Defendants are in violations of my Rights guaranteed under the 1ST, 8TH, 14TH Amendment to the United States Constitutions, 18TH U.S.C.A. §241-242 PREA Federal Laws §1435, Article 1 of the Florida Constitution, F.A.S.§ 20.315, F.A.S.§768.28(9)(a), F.A.S.§768.29(6)(a)(a)(9)(a), F.A.S.§944.14 and 31 F.A.C. Chapter 33-401 to 404, 33-208.001 to .011(4)(A), 33-601.800, 33-602.101

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

I respectfully seek remedy relief that this Honorable Court grant this Injunction, grant all relief deem appropriate that I am entitled to, to place a complete stop to the on-going and future Inhumane treatments as aforementioned and Imminent danger of serious mental and physical Injuries and death will befalling me

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

2ND November 2014 A.D.      [Signature]
(Date)                                (Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the 2ND day of November, 2014.

[Signature]
(Signature of Plaintiff)

Revised 03/07

7

"APPENDIX ONE (CASES HISTORY) AND SWORN AFFIDAVIT." Pursuant To Florida Statutes § 92.525.

I, Robenson Louis, do hereby solemnly swear that the following statement is true and correct and made of my own free will, from my own personal knowledge.

I am providing this Court/Office the cases recorded history pertained to me and the place of their origin that I can gathered.

I don't have any other information of these cases due to the fact officials of the Florida Department of Corrections had unlawfully took all my personal properties includes these cases documents and either destroyed or hidden them.

1.) Supreme Court of Florida Case Number: SC07-2450, SC08-649, SC10-1327, SC13-2515, SC14-914, SC14-846, SC11-1080, SC14-1202, SC14-1584, SC14-

2.) United States Supreme Court Case Number: 08-A338, 08-A593, 08-8171, 016-766,

3.) Lake County Circuit Court Case Number: 1994-CF-1770, 1995-CF-150,

4.) Fifth District Court Of Appeal Case Number: 95-2084, 5D14-420,

5.) Jackson County Circuit Court Case Number: 96-863-CF,

6.) First District Court of Appeal Case Number: 1D09-591, 1D09-0535, 1D09-2655,

7.) Bradford County Circuit Court Case Number:



04-2008-CA-0203, 04-2008-CA-0373, 04-2007-CA-0371, 04-2007-CC-0318, 04-2007-CC-0555, 04-2007-CC-0553, 04-2008-CC-0126, 04-2014-CA-38, 04-2014-CA-110, 04-2014-CA-0236, 04-2014-CA-236, 04-2014-CA-246, 04-2014-CA-337, 04-2014-CA-313, 04-2014-

8.) Santa Rosa County Circuit Court Case Number: 10-1132-CA-99, 7-CA-10-1435-CA-10-149-CA, 09-1812-CA, 09-1445-CA, 09-623-CA, 09-73-CA, 09-9-CA, 08-1195-CA, 10-760-CA.

9.) Charlotte County Circuit Court Case Number: 06-1536-SP.

10.) United States District Court, Middle District, Ocala Division, Case Number: 5:07-CV-100-OC-10GRJ.

11.) United States District Court, Middle District, Jacksonville Division, Case Number: 3:14-CV-131-J-39JBT.

12.) Other United States District Court such as Pensacola (Florida) Division, Tallahassee (Florida) Division, Panama City (Florida) Division where I had filed civil actions I am unable to furnish those information as explained above.

13.) United States, 11TH Circuit Court of Appeals Case Number: 08-11256-C, 07-15509-R.

14.) "I" had filed over 30-Volume of Inmate Grievances with the Florida Department of Corrections I am unable to furnish those informations as aforementioned;

15.) Leon County Circuit Court Case Number: 2009-CA-3760, 2009-CA-3244, 2009-CA-4537, 2009-CA-3960;

16.) Florida Department of Corrections' Inspector General Case Number: 2012-205-0109, 12-2466, 12-2471 to 2473, 20130522006, 20130806003, 20130906004, 20130917007;

17.) Office of the Chief Inspector General (Florida Governor) Case Number: 08-2-3005, 2008-50900003, 20140407001, 20140616002, 20140812001, 20140616002;

18.) Suwannee County Circuit Court Case Number: 2011-CA-184;

19.) Florida Bar Case Number: 2007-31-06605-B2;

20.) Judicial Qualifications Commission Docket Number: 06532, 06-2-5016, 06-1-1053, 07-2-3139, 07-2-3475, 07-2-2932, 08-2-3007;

21.) United States Department of Justice Case Number: 272-34-WY300388, 2163-17M-04450496, 163-17M-0451601, 168-19M-0144152;

22.) U.S. Dist. Ct., N. Dist., Pensacola Division Case No.: 3:14-CV-443-MCR-CJK; 3:14-CV-492-MCR-EMT; 3:98-CV-280; 3:98-CV-485; 3:98-CV-292; 3:98-CV-490;

Under penalty of perjury, I declare that I have read the forgoing Appendix One (Cases History) And Sworn Affidavit and the facts stated in it are true and correct in accordance with Section 92.525 Florida Statutes

Most Sincerely Attested,

Robenson Louis

Robenson Louis
I.D.#308214

23.) First DCA Case No, Continue from #6: 1D01-4780, 1D08-1755, 1D08-2086, 1D08-2533, 1D07-2861, 1D09-4104, 1D08-2898, 1D08-3564, 1D09-2, 1D09-2834, 1D09-4785

Mr. Robenson Louis
I.D. #W30824
Santa Rosa Correctional
Institution
5850 East Milton Road
Milton, FL 32583-7914

Honorable Jessica J. Lyublanovits
Clerk of United States District Court
1 North Palafox Street
Pensacola, FL 32502-5658

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION



U.S. POSTAGE >> PITNEY BOWES
ZIP 32563 $ 001.61⁰
02 1W
0001370476 NOV 03 2014